UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TITO DAVID VALDEZ, | ) | NO. CV 09-4745-JSL(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BEN CURRY, | ) | |
| Respondent. | ) | |

Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: 7/7/09

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE